SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NIAGARA
_____

VERONICA THORNTON; JOSEPH CALATO;
ANITA MATUSICK; SAMMIE LOWE; PHYLLIS L.
DUSSLER, Individually and on Behalf of the Estate of
PETER JOHN DUSSLER,

                Plaintiffs,

      v.

CITY OF NIAGARA FALLS; GLENN SPRINGS
HOLDINGS, INC.; CONESTOGA-ROVERS &
ASSOCIATES; CECOS INTERNATIONAL, INC.;
MILLER SPRINGS REMEDIATION
MANAGEMENT, INC.; OCCIDENTAL CHEMICAL
CORPORATION, Individually and as Successor in
Interest to Hooker Chemicals and Plastics Corporation;
OP-TECH ENVIRONMENTAL SERVICES; ROY'S
PLUMBING, INC.; SCOTT LAWN YARD, INC.; and
SEVENSON ENVIRONMENTAL SERVICES, INC.,

                Defendants.
_____

STATE COURT
NIAGARA COUNTY
INDEX

Index No. E162421/2017

| No. | Party[1] | Name/Description | Date | Exhibit |
|---|---|---|---|---|
| 1. | PLTFS | Summons and Complaint | 8/17/2017 | 18 |

---

[1] Party abbreviations are:

| Party | Abbreviation |
|---|---|
| Plaintiffs | PLTFS |
| All Defendants | JTDEFTS |
| Filings on behalf of all Occidental Defendants | OCCDEFTS (OCC, GSH & MSRM) |
| City of Niagara Falls | CNF |
| Niagara Falls Water Board | NFWB |
| Glenn Springs Holdings, Inc. | GSH |
| Conestoga-Rovers & Associates | CRA |
| Cecos International, Inc. | CECOS |
| Miller Springs Remediation Management, Inc. | MSRM |
| Occidental Chemical Corporation | OCC |
| Op-Tech Environmental Services | OP-TECH |

| No. | Party[1] | Name/Description | Date | Exhibit |
|---|---|---|---|---|
| 2. | ALL PARTIES | Joint Stipulation Concerning Defendants' Time to Respond to Complaint | 9/28/2017 | 18 |
| 3. | PLTFS | First Amended Complaint | 12/20/2017 | 18 |
| 4. | CECOS | Notice of Appearance - Robert M. Rosenthal, Esq. | 1/29/2018 | 18 |
| 5. | ALL PARTIES | Joint Stipulation Related to Service of First Amended Complaint | 2/20/2018 | 18 |
| 6. | OP-TECH | Verified Answer to First Amended Complaint | 3/23/2018 | 18 |
| 7. | OP-TECH | Notice to Take Deposition Upon Oral Examination | 3/23/2018 | 18 |
| 8. | CNF | Request for Judicial Intervention | 3/23/2018 | 18 |
| 9. | CNF | Addendum to Request for Judicial Intervention | 3/23/2018 | 18 |
| 10. | CNF | No Fee Authorization | 3/23/2018 | 18 |
| 11. | ROY'S | Answer to Plaintiffs' First Amended Complaint | 3/26/2018 | 18 |
| 12. | OCC | Answer to the First Amended Complaint | 3/26/2018 | 18 |
| 13. | GSH | Answer to the First Amended Complaint | 3/26/2018 | 19 |
| 14. | MSRM | Answer to the First Amended Complaint | 3/26/2018 | 19 |
| 15. | CECOS | Answer, Defenses and Cross-Claims | 3/26/2018 | 19 |
| 16. | SLY | Answer to the First Amended Complaint | 3/26/2018 | 19 |
| 17. | SEVENSON | Answer to First Amended Complaint with Affirmative Defenses and Cross-Claims | 3/26/2018 | 19 |
| 18. | SEVENSON | Notice of Deposition | 3/26/2018 | 19 |
| 19. | CRA | Answer to First Amended Complaint with Defenses | 3/26/2018 | 19 |
| 20. | CNF | NOM to Dismiss | 3/26/2018 | 20 |
| 21. | CNF | Affirmation of Thomas M. O'Donnell, Esq. in Support of CNF's Motion to Dismiss | 3/26/2018 | 20 |
| 22. | CNF | Exhibit A - Summons and Complaint | 3/26/2018 | 20 |
| 23. | CNF | Exhibit B - Joint Stipulation #1 re Amending Complaint | 3/26/2018 | 20 |
| 24. | CNF | Exhibit C - Joint Stipulation #2 re Amended Complaint | 3/26/2018 | 20 |
| 25. | CNF | Exhibit D - First Amended Complaint | 3/26/2018 | 20 |

---

Roy's Plumbing, Inc.                                ROY'S
Scott Lawn Yard, Inc.                               SLY
Sevenson Environmental Services, Inc.               SEVENSON

| No. | Party[1] | Name/Description | Date | Exhibit |
|---|---|---|---|---|
| 26. | CNF | Exhibit E - Section 5.14 of the City Charter, CNF | 3/26/2018 | 20 |
| 27. | CNF | Exhibit F - Notice of Claim served on the City | 3/26/2018 | 20 |
| 28. | CNF | Exhibit G - Love Canal Habitability Study, May 1988 | 3/26/2018 | 20 |
| 29. | CNF | Exhibit H - Decision on Habitability, September 1988 | 3/26/2018 | 20 |
| 30. | CNF | Exhibit I - Warranty Deed from CNF to NFWB | 3/26/2018 | 20 |
| 31. | CNF | No Fee Authorization Letter | 3/26/2018 | 20 |
| 32. | CNF | Amended NOM to Dismiss | 4/3/2018 | 20 |
| 33. | PLTFS | NOM *Pro Hac Vice* - Peter A. Kaus, Esq. | 4/25/2018 | 20 |
| 34. | PLTFS | Affidavit of William H. Mack, Esq. in Support of Peter A. Kraus' Motion to be Admitted *Pro Hac Vice* | 4/25/2018 | 21 |
| 35. | PLTFS | Proposed Order Admitting Peter A. Kraus, Esq. *Pro Hac Vice* | 4/25/2018 | 21 |
| 36. | PLTFS | NOM *Pro Hac Vice* - Caitlyn E. Silhan, Esq. | 4/25/2018 | 21 |
| 37. | PLTFS | Affidavit of William H. Mack, Esq. in Support of Caitlyn E. Silhan's Motion to be Admitted *Pro Hac Vice* | 4/25/2018 | 21 |
| 38. | PLTFS | Proposed Order Admitting Caitlyn E. Silhan, Esq. *Pro Hac Vice* | 4/25/2018 | 21 |
| 39. | PLTFS | NOM *Pro Hac Vice* - Leslie C. MacLean, Esq. | 4/25/2018 | 21 |
| 40. | PLTFS | Affidavit of William H. Mack, Esq. in Support of Leslie C. MacLean's Motion to be Admitted *Pro Hac Vice* | 4/25/2018 | 21 |
| 41. | PLTFS | Proposed Order Admitting Leslie C. MacLean, Esq. *Pro Hac Vice* | 4/25/2018 | 21 |
| 42. | PLTFS | NOM *Pro Hac Vice* - Charles S. Siegel, Esq. | 4/25/2018 | 21 |
| 43. | PLTFS | Affidavit of William H. Mack, Esq. in Support of Charles S. Siegel's Motion to be Admitted *Pro Hac Vice* | 4/25/2018 | 21 |
| 44. | PLTFS | Proposed Order Admitting Charles S. Siegel, Esq. *Pro Hac Vice* | 4/25/2018 | 21 |
| 45. | COURT | Order Admitting Charles S. Siegel's *Pro Hac Vice* | 5/23/2018 | 21 |
| 46. | COURT | Order Admitting Peter A. Kraus *Pro Hac Vice* | 5/23/2018 | 21 |
| 47. | COURT | Order Admitting Caitlyn E. Silhan *Pro Hac Vice* | 5/23/2018 | 21 |

| No. | Party[1] | Name/Description | Date | Exhibit |
|---|---|---|---|---|
| 48. | COURT | Order Admitting Leslie C. MacLean *Pro Hac Vice* | 5/23/2018 | 21 |
| 49. | PLTFS | Affirmation of William H. Mack, Esq. in Opposition to CNF's Motion to Dismiss | 6/21/2018 | 21 |
| 50. | CNF | Letter Adjourning CNF's Motion to Dismiss | 6/26/2018 | 21 |
| 51. | PLTFS | Letter Adjourning CNF's Motion to Dismiss | 8/3/2018 | 21 |
| 52. | CNF | Reply Affirmation of Thomas M. O'Donnell, Esq. in Further Support of CNF's Motion to Dismiss | 9/20/2018 | 21 |
| 53. | COURT | Decision Granting CNF'S Motion to Dismiss | 3/8/2019 | 21 |
| 54. | CNF | Proposed Order and Judgment Granting CNF's Motion to Dismiss | 5/1/2019 | 21 |
| 55. | COURT | Order - Dismissal | 6/27/2019 | 21 |
| 56. | CNF | Notice of Entry with Order - Dismissal | 6/27/2019 | 21 |
| 57. | PLTFS | Letter Advising Withdrawal of William H. Mack, Esq. of Counsel | 7/17/2019 | 21 |
| 58. | CECOS | Notice of Withdrawal of Counsel and Appearance of New Attorney from Same Firm: Steven C. Russo substituted for Robert Rosenthal | 9/16/2019 | 21 |
| 59. | COURT | Scheduling Order | 12/2/2019 | 21 |
| 60. | PLTFS | Stipulation to Amend Complaints | 1/6/2020 | 21 |
| 61. | PLTFS | Exhibit A - Second Amended Complaint (Final Version) | 1/6/2020 | 21 |
| 62. | PLTFS | Exhibit B - Second Amended Complaint (Redline Version) | 1/6/2020 | 21 |
| 63. | PLTFS | Second Amended Complaint | 1/6/2020 | 21 |

Doc #4527315.3